UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,        Crim. No. 17-20500

-vs-        Honorable Avern Cohn

MARK GOJCAJ,

        Defendant.

**GOVERNMENT'S SENTENCING MEMORANDUM**

# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

                                   Criminal No. 17-20500
v.                               Hon. Avern Cohn

D-1 MARK GOJCAJ,

       Defendant.
_____/

**21 U.S.C. § 851 Sentencing Enhancement Information**

     Pursuant to 21 U.S.C. § 851, the United States of America states that the defendant, MARK GOJCAJ, has the following prior conviction(s) that the government will rely upon at sentencing:

1. On August 16, 2004, MARK GOJCAJ was convicted and sentenced in the 3rd Judicial Circuit Court, for Felony Controlled Substance – Del/Mfg (Cocaine, Heroin or another Narcotic) Less than 50 grams, in violation of Michigan Compiled Laws § 333.74012A4.

                                          DANIEL L. LEMISCH
                                          Acting United States Attorney

                                          *s/Eric M. Straus*
                                          ERIC M. STRAUS
                                          Assistant U.S. Attorney
                                          211 W. Fort Street, Suite 2001
                                          Detroit, MI 48226
                                          (313) 226-9163
                                          eric.straus@usdoj.gov

Date: July 28, 2017

1